## Leedom v. Philadelphia, Bristol & Trenton Street Railway Company, Appellant.

*Appeals—Interlocutory order—Demurrer—Overruling demurrer.*

No appeal lies from an order of the court of common pleas overruling defendant's demurrer to plaintiff's statement of claim in an action of trespass. Such an order is merely interlocutory.

Argued Feb. 12, 1907. Appeal, No. 301, Jan. 14, 1906, by defendant, from order of C. P. Bucks Co., May T., 1905, No. 18, overruling demurrer to statement in case of Walter F. Leedom v. Philadelphia, Bristol & Trenton Street Railway Company. Appeal quashed.

Motion to quash appeal on the ground that the order of court below was merely interlocutory, no final judgment having been entered or damages assessed.

The docket entries showed, inter alia:

"March 7th, 1906, Demurrer to Plaintiff's Statement filed.

"June 12, 1906, Argued and C. A. V.

"September 3rd, 1906, Demurrer overruled. By the Court.

"September 21st, 1906, Exceptions to order overruling Defendant's Demurrer to statement of Claim filed. . . .

"And now October 2nd, 1906, the Court does hereby grant the foregoing exceptions to the Defendant in the above entitled case and does hereby dismiss the same and Bill is sealed as to each and every one of said exceptions.

"October 3rd, 1906, Certiorari to Supreme Court came to hand."

*Hugh B. Eastburn* and *Yerkes, Ross & Ross,* for the motion to quash.—The order was interlocutory: Logan v. Jennings, 4 Rawle, 355; O'Hara v. Penna. R. R. Co., 2 Grant, 241; Chadwick v. Ober, 70 Pa. 264; Woolley's Est., 6 Pa. 351; Richardson v. Richardson, 193 Pa. 279; Arnold v. Russell Car, etc., Co., 212 Pa. 303; Kendrick v. Overstreet, 3 S. & R. 357; Gardner v. Lefevre, 1 P. & W. 73; Kindig's App., 82 Pa. 68.

*Howard I. James* and *George Quintard Horwitz*, contra, cited: Deemer v. Bells Run R. R. Co., 212 Pa. 491; Bradly v. Potts, 155 Pa. 418; Hale v. Hale, 32 Pa. Superior Ct. 37; Morris v. Rapid Transit Co., 215 Pa. 317.

PER CURIAM:
Quashed at bar.